Exhibit "C"

**Watertown Housing Authority**
55 Waverley Avenue
Watertown, MA 02472
Telephone: (617) 923-3950 • Fax: (617) 923-2466

your copy

## LEASE ADDENDUM

The lease, as executed on **4/15/2015** between **Walter A. Gleason** (Tenant) and Watertown Housing Authority (LHA) is hereby executed under the same conditions as the original lease mentioned above with the exception of the following amendment (s):

(a) Section II. A. **RENT**

The rent for the extension period shall be **$478** per month, effective **1/1/2017** and payable on or before the first (1st) day of each month.

(b) Section I **DESCRIPTION OF THE PARTIES AND THE LEASED PREMISES**
(authorized members of the tenant household)

Except as otherwise provided in the lease, the leased premises shall be occupied by the following named individuals only:

**Walter A. Gleason**

All other conditions of the original lease and addenda except those changed by separate subsequent addendum such as monthly rent and authorized occupants, shall remain in effect.

Executed: 10/31/16

Resident:

Walter A. Gleason
55 Waverley Avenue, Apt. 202
Watertown, MA 02472

LHA: Watertown Housing Authority

Cathy Richardson
Program Manager