**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | | Chapter 7 |
| Walter A Gleason | ) | Case No. 16-14851 |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| Walter A Gleason | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | Case No. 17-01016 |
| NAVIENT | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF DISMISSAL**
(Mass.R.Civ.P.41(a)(1)(i)

PLAINTIFF Walter A Gleason (the “Plaintiff”) seeks to dismiss the above-referenced adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041. Plaintiff filed the complaint on February 14, 2017, seeking to determine the dischargeability of student loan pursuant to 11 U.S.A Section 523(a)(8). Defendant NAVIENT has not filed response pleading in this adversary proceeding. Accordingly, Plaintiff seeks dismissal without court order.

Date: March 10, 2017

Walter A. Gleason

By his attorney

Judith Vassilovski, Esq

Judith Vassilovski, Esq
BBO #508280
37 High Rock Road Road
Wayland, MA 01778
Tel: 508 358-7077
ami.vassilovski@gmail.com